Walter R. Molloy, an Infant, by William H. Gardner, His Guardian ad Litem, Respondent, v. John H. Starin, Appellant.— Judgment and order affirmed, with costs. No opinion. (Houghton, J.; dissenting.)